UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:25-cr-31-MMH-SJH

18 U.S.C. § 3146

MCKENZIE PHILLIP STORM SCOTT

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Failure to Appear)**

Beginning on or about February 7, 2025, and continuing through at least on or about February 12, 2025, in the Middle District of Florida and elsewhere, the defendant,

MCKENZIE PHILLIP STORM SCOTT,

did knowingly fail to appear before a court, that is, the U.S. District Court for the Middle District of Florida, as required by the conditions of release imposed on September 17, 2024, by United States Magistrate Judge Monte C. Richardson, in Case No. 3:24-cr-198-WWB-MCR.

In violation of 18 U.S.C. § 3146(a)(1) and (b)(1)(A)(i).

A TRUE BILL,



ROGER B. HANDBERG
United States Attorney

By: _____
David B. Mesrobian
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
2/12/25 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MCKENZIE PHILLIP STORM SCOTT

## INDICTMENT

Violations: Ct. 1:   18 U.S.C. § 3146

A true bill,

_____

Filed in open court this _____ day

of February, 2025.

_____
Clerk

Bail   $_____

GPO 863 525